Filed 8/7/26  P. v. Howard CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>MASHELL HOWARD,<br><br>    Defendant and Appellant. | D086556<br><br>(Super. Ct. No. SCD304105) |

APPEAL from a judgment of the Superior Court of San Diego County, John G. Pro and Francis M. Devaney, Judge.  Affirmed.

Ava R. Stralla, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

Mashell Howard was charge with multiple felony counts arising out of domestic violence.  The charges were resolved by a plea agreement with a stipulated sentence.  Howard pleaded guilty to domestic violence (Pen. Code,[1] § 273.5, subd. (a), count 2); violation of a protective order (§ 166, subd. (c)(1), count 8; and two counts of assault with force likely to cause great bodily

---

[1]    Further statutory references are to the Penal Code.

injury (§ 245, subd. (a)(4), counts 3 and 7). Howard admitted inflicting great bodily injury. She stated:

> "[I] stipulate to facts contained in the preliminary hearing transcript[ ] in that I committed two assaults with force likely to produce great bodily injury, corporal injury resulting in traumatic condition with personal infliction of great bodily injury, and violated a domestic violence restraining order."

The court sentenced Howard to prison for a six-year term. The court imposed various fines and fees but deemed the fines and fees satisfied by time in custody. The court also imposed a 10-year criminal protective order, which it later modified.

Howard filed a timely notice of appeal.

Appellate counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We notified Howard of her right to file her own brief on appeal, but she has not respondent to our notice.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified two possible issues that were considered in evaluating the potential merits of this appeal.

During the July 17, 2025 hearing regarding the protective order, the court declined to look for a letter in the file from Howard addressing fines and credits. The possible issue would be whether the court should have reviewed the letter and addressed its contents even though the hearing was only scheduled to address the protective order.

During the July 17, 2025 hearing, Howard mentioned her problems with the restitution order. The court declined to address that unscheduled topic and directed counsel to consider filing an appropriate motion to address such issues.

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Howard in this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:


BUCHANAN, Acting P. J.


RUBIN, J.

---

\*      Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.